s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

| | | |
|---|---|---|
| Kara Dodge, et al., | : | Case No. 3:18-cv-1150 |
| Plaintiffs, | : | (Hon. Jack Zouhary) |
| vs. | : | |
| STEPS Agency, Inc, et al., | : | **ORDER OF DISMISSAL AND APPROVING SETTLEMENT** |
| Defendants. | : | |

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

THIS CAUSE having come before the Court on the Joint Motion for Approval of Confidential General Settlement and Stipulation of Dismissal With Prejudice as to Plaintiffs' Complaint, such stipulation including the parties' Joint Stipulation of Settlement and Release, which has been filed under seal, and due cause appearing therefor, it is hereby:

ORDERED AND ADJUDGED as follows:

1. This Court hereby accepts and approves the proposed settlement and holds that proposed settlement submitted by the parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act; and

2. The above case is hereby DISMISSED WITH PREJUDICE; each party to bear their own attorney fees and expenses except as otherwise provided by the settlement agreement. All pending deadlines are stricken as moot. This Court shall retain jurisdiction to enforce the parties' settlement agreement.

ORDERED this 24th day of July, 2018.

                                                s/ Jack Zouhary
                                                Judge Jack Zouhary